# MEMORANDUM CASES.

[Civ. No. 2229. Second Appellate District.—March 26, 1917.]

JOHN LAPIQUE, Appellant, v. CATHERINE AGOURE, Administratrix of the Estate of Pierre Agoure, Deceased, Respondent.

APPEAL DISMISSED, on the authority of *Lapique* v. *Plummer, ante,* p. 317.

APPEAL from a judgment of the Superior Court of Los Angeles County. Lewis R. Works, Judge.

The facts are similar to those stated in the opinion in *Lapique* v. *Plummer, ante,* p. 317.

John Lapique, *in pro. per.,* for Appellant.

O'Melveny, Stevens & Millikin, and Stuart O'Melveny, for Respondent.

THE COURT.—It appearing that the facts in this case are identical with those involved in Civil No. 2231, entitled *John Lapique, Appellant,* v. *Eugene R. Plummer et al., Respondents, ante,* p. 317, wherein an opinion was this day filed dismissing the appeal, it is ordered, upon the authority of the opinion so filed in said last-mentioned case, that the appeal herein be and the same is dismissed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on May 24, 1917.

---

[Civ. No. 2230. Second Appellate District.—March 26, 1917.]

JOHN LAPIQUE, Appellant, v. FRANK E. WALSH, Administrator of the Estate of Laurent Etchepare, Deceased, Respondent.

APPEAL DISMISSED, on the authority of *Lapique* v. *Plummer, ante,* p. 317.

APPEAL from a judgment of the Superior Court of Los Angeles County. Fred H. Taft, Judge.

The facts are similar to those stated in the opinion in *Lapique* v. *Plummer, ante,* p. 317.

John Lapique, *in pro. per.,* for Appellant.

H. H. Appel, and Horace Bell, for Respondent.

THE COURT.—It appearing that the facts in this case are identical with those involved in Civil No. 2231, entitled *John Lapique, Appellant,* v. *Eugene R. Plummer et al., Respondents, ante,* p. 317, wherein an opinion was this day filed dismissing the appeal, it is ordered, upon the authority of the opinion so filed in said last-mentioned case, that the appeal herein be and the same is dismissed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on May 24, 1917.

---

[Crim. No. 539.   Second Appellate District.—May 28, 1917.]

## In the Matter of the Application of DAVID BRODIE for a Writ of Habeas Corpus.

JUVENILE ACT.—The commitment issued under the Juvenile Act is held on its face to warrant the detention of the minor.

APPLICATION for a Writ of Habeas Corpus for the release of a minor committed to the Preston School of Industry.

The facts are stated in the opinion of the court and in the opinion in *Matter of Brodie, ante,* p. 751.

Joseph W. Mowell, for Petitioner.

U. S. Webb, Attorney-General, Robert M. Clarke, Deputy Attorney-General, Thomas Lee Woolwine, District Attorney, and H. S. G. McCartney, Deputy District Attorney, for Respondent.

THE COURT.—The matter of the regularity of the judgment committing the minor above mentioned to the Preston School of Industry was before this court in criminal case No. 543, *ante,* p. 751, an opinion in which has been this day filed reversing the judgment. In this proceeding we think that the commitment issued to the superintendent of the Preston School of Industry on its face is sufficient to warrant the detention of the minor. The prayer of the petition is therefore denied, and it is ordered that the minor, David Brodie, remain in the custody of the superintendent of the Preston School of Industry until required to be returned to the county of Los Angeles for rehearing on the charge upon which he was convicted, or until otherwise discharged by law.